WESTMORELAND INTERMEDIATE
UNIT # 7, Respondent

v.

WESTMORELAND INTERMEDIATE
UNIT # 7 CLASSROOM ASSIS-
TANTS EDUCATIONAL SUPPORT
PERSONNEL ASSOCIATION, PSEA–
NEA, Petitioner.

Supreme Court of Pennsylvania.

Feb. 8, 2013.

***ORDER***

PER CURIAM:

**AND NOW,** this 8th day of February 2013, the Application for Reconsideration filed by Westmoreland Intermediate Unit # 7 Classroom Assistants Educational Support Personnel Association, PSEA–NEA is **GRANTED,** the Petition for Allowance of Appeal is **GRANTED,** and the Order of the Commonwealth Court dated July 8, 2009 is **VACATED.** This matter is **REMANDED** to the Commonwealth Court for reconsideration on the basis of *Philadelphia Housing Authority v. American Federation of State, County and Municipal Employees,* —— Pa. ——, 52 A.3d 1117 (2012).

Joseph P. **GUARRASI,** J.D., Appellant

v.

Timothy **CARROLL** Bucks County Detective Individual and Official Capacity and Michael Mosiniak Bucks County Detective Individual and Official Capacity and Thomas G. Gambardella Bucks County Asst. Dist. Attorney Individual and Official Capacity, Appellees.

Supreme Court of Pennsylvania.

Feb. 19, 2013.

***ORDER***

PER CURIAM.

**AND NOW,** this 19th day of February, 2013, the Order of the Commonwealth Court is hereby **AFFIRMED.**